RONALD CANGE,
      Plaintiff,

    v.                                    C.A. 11-128 S

OLNEYVILLE POST OFFICE,
      Defendant.

## ORDER

The Report and Recommendations of United States Magistrate Judge David L. Martin filed on November 4th, 2011 (RI-ECF #4) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, the Defendant's Motion to Dismiss (Ri-ECF #3) is hereby GRANTED and the matter is DISMISSED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 11/28/11